Rebecca Cambreleng, OSB No. 133209
rebecca@cambrelenglaw.com
CAMBRELENG LAW LLC
806 SW Broadway, Suite 1200
Portland, Oregon 97205
Telephone: (503) 308-1481

Attorney for Plaintiff
KESTREL OSHIN

## UNITED STATED DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| KESTREL OSHIN, an individual,<br><br>　　　　　Plaintiff,<br>v.<br><br>AMAZON.COM, et. al.<br><br>　　　　　Defendant(s). | Case No.: 3:16-cv-02219-BR<br><br>MOTION TO WITHDRAW REBECCA CAMBRELENG AS PRO BONO COUNSEL OF RECORD FOR PLAINTIFF |

Counsel for Plaintiff, Rebecca Cambreleng and Cambreleng Law LLC, moves this court for an order allowing counsel to withdraw from representation in the above captioned case. Counsel requests withdrawal based on conflicts with client.

Dated this 17th day of March, 2017.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Rebecca Cambreleng
Rebecca Cambreleng, OSB No. 133209
rebecca@cambrelenglaw.com
CAMBRELENG LAW LLC
806 SW Broadway, Suite 1200
Portland, Oregon 97205
Telephone: (503) 308-1481
Attorney for Plaintiff KESTREL OSHIN